Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON KUZOYAN, | Case No. |
| Plaintiff, | 2:21-cv-00198-RGK-PVC |
| -vs- | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| GENERAL MOTORS FINANCIAL COMPANY, INC., AND DOES 1-10 inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and attorney fees.

///

Respectfully submitted July 25, 2021

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff

By: s/Scott Hyman
Scott Hyman, Esq.
Attorney For Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: July 25, 2021

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on July 25, 2021 with:

United States District Court CM/ECF system

Notification sent electronically on July 25, 2021 to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman, Esq
Todd M. Friedman
