JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON KUZOYAN,<br><br>Plaintiff,<br><br>-vs-<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC., AND DOES 1-10 inclusive,<br><br>Defendant. | Case No.<br><br>2:21-cv-00198-RGK-PVC<br><br>~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to <u>Federal Rule of Civil Procedure 41(a)(1)(A)(ii)</u>. Each party shall bear their own costs and attorneys' fees.

Dated ~~this~~ __July 26, 2021__

*Jay Klausner*

_____
Honorable Judge of the District Court

[Proposed]Order to Dismiss - 1